MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID SKORUPAN-LITTLETON,

    Defendant.

Case No. CR06-5449
ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 16, 2006. The resulting period of delay from October 23, 2006 until December 11, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 23 day of October, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh
Attorney for Defendant

/s/ Kenneth Tyndal
Special Assistant United States Attorney

06-CR-05449-ORD

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710