MAGISTRATE JUDGE ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID SKORUPAN-LITTLETON, ) <br> ) <br> Defendant. ) <br> ) | NO.: CR06-5449 <br><br> ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 22, 2007. The resulting period of delay from December 11, 2006 until January 22, 2007 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 8<u>th</u> day of December, 2006.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh                                  /s/ Glen Templeton
Attorney for Defendant                    Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**